1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK ORAVETZ,

Plaintiff,

v.

GRAY WOLF STORAGE,

Defendant.

Case No. 3:25-cv-05243-TMC

ORDER TO SHOW CAUSE

14

## I.    ORDER

15

This matter comes before the Court on its own motion. On March 21, 2025, the Court

16

issued a Notice of Filing Deficiency in Plaintiff Mark Oravetz's case. Dkt. 8. The Court directed

17

Mr. Oravetz to re-submit an application to proceed in forma pauperis ("IFP") using the correct

18

form attached to the Court's order by April 21, 2025. *See* Dkt. 8-1. Mr. Oravetz has not filed a

19

corrected IFP application, nor has he requested an additional extension of time to fix the

20

deficiency.

21

Plaintiffs have a general duty to prosecute their claims. *See Fid. Phila. Tr. Co. v. Pioche*

22

*Mines Consol., Inc.,* 587 F.2d 27, 29 (9th Cir. 1978). To "prevent undue delays in the disposition

23

of pending cases and to avoid congestion in the calendars of the District Courts," federal courts

24

may exercise their inherent power to dismiss a case of their own accord for a plaintiff's failure to

ORDER TO SHOW CAUSE - 1

prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *see also Hells Canyon Pres.*

*Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (finding that courts may dismiss

cases sua sponte pursuant to Rule 41(b) for failure to prosecute).

Therefore, it is hereby ORDERED that:

- Not later than May 26, 2025, Mr. Oravetz shall show cause in writing why this case should not be dismissed without prejudice for failure to comply with the Court's March 21, 2025 Notice of Filing Deficiency. Dkt. 8.

- The Court will dismiss this case without prejudice if Mr. Oravetz fails to respond by this deadline.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and

to any party appearing pro se at said party's last known address.

Dated this 12th day of May, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2