UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK ORAVETZ, | Case No. 3:25-cv-05243-TMC |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| GRAY WOLF STORAGE, | |
| Defendant. | |

On March 17, 2025, Plaintiff Mark Oravetz filed an application to proceed *in forma pauperis* ("IFP"). The Court issued a Notice of Filing Deficiency, Dkt. 8, and directed Mr. Oravetz to re-submit the IFP application using the correct form attached to the Court's order by April 21, 2025. *See* Dkt. 8-1. Mr. Oravetz did not respond. The Court then issued an order to show cause, by no later than May 26, 2025, why the case should not be dismissed without prejudice for failure to comply with the Court's Notice of Filing Deficiency. Dkt. 9 at 2.

Plaintiffs have a general duty to prosecute their claims. *See Fid. Phila. Tr. Co. v. Pioche Mines Consol., Inc.,* 587 F.2d 27, 29 (9th Cir. 1978). To "prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts," federal courts may exercise their inherent power to dismiss a case of their own accord for a plaintiff's failure to

ORDER DISMISSING CASE - 1

prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *see also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (finding that courts may dismiss cases sua sponte pursuant to Rule 41(b) for failure to prosecute).

Mr. Oravetz has failed to respond to the Court's order to show cause by the May 26, 2025 deadline. *See* Dkt. 9. The Court thus DISMISSES Mr. Oravetz's claims without prejudice. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 27th day of May, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER DISMISSING CASE - 2